UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JIMOTHY AMOS a/k/a TIMOTHY AMOS and SIDNEY L. WILLIAMS, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIZENS GAS & COKE UTILITY,<br><br>Defendant. | CAUSE NO. 1:05-CV-0468-JDT-WTL<br>**CLASS ACTION** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter has come before the Court on Plaintiff Jimothy Amos a/k/a Timothy Amos' Motion to Dismiss Claim of Jimothy Amos a/k/a Timothy Amos, without prejudice. The Court has carefully considered Mr. Amos' motion and finds it is made for good cause. Accordingly, the Court **GRANTS** Mr. Amos' Motion and dismisses his claim, without prejudice.

SO ORDERED this __3rd__ day of __October__, 2005.

_____
John Daniel Tinder, Judge
United States District Court

Distribution To:

Amy Ficklin DeBrota
adebrota@price-law.com

Carolyn A.. Clay
cclay@price-law.com

Wayne O. Adams, III
wayne.adams@icemiller.com

Steven F. Pockrass
steven.pockrass@icemiller.com