UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SIDNEY L. WILLIAMS, on behalf of himself and others similarly situated )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITIZENS GAS & COKE UTILITY, )<br>)<br>Defendant. | 1:05-cv-0468-JDT-WTL |

**ORDER OF DISMISSAL WITH PREJUDICE AND AN EXCEPTION**

This matter is before the Court on Plaintiff's Motion to Dismiss Without Prejudice and Defendant's Response to Plaintiff's Motion.  The Court, having considered said Motion and Response, now **GRANTS** the motion to dismiss this lawsuit action with respect to any claims by Sidney L. Williams; this dismissal is **WITH PREJUDICE**, except that Sidney L. Williams may continue to prosecute such claims against Citizens Gas as he is allowed to by the court in the case of Todd Davidson, et al v. Citizens Gas and Coke Utility, cause no. 1:03-cv-1882-SEB-JPG in this court.  This ruling is not an assessment of the merits or timeliness of such claims in that case.

ALL OF WHICH IS ORDERED this 7th day of November 2005.

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

Amy Ficklin DeBrota
adebrota@price-law.com

William N. Riley
wriley@price-law.com

Carolyn A. Clay
cclay@price-law.com

Wayne O. Adams III
wayne.adams@icemiller.com

Steven F. Pockrass
steven.pockras@icemiller.com